UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MOLLY LEWIS, as Executrix of the Estate of SCOTT LEWIS, and Parent and Legal Guardian of Z.L., T. L., and A.L., <br><br> Plaintiffs, <br><br> v. <br><br> VR US HOLDINGS II, LLC d/b/a Stowe Mountain Resort, TERRA-NOVA, LLC, ZIP INSTALL, LLC, PETZL AMERICA, INC., and JB TECHNOLOGIES LLC d/b/a Precisioneering, <br><br> Defendants. | Civil Action No. 2:23-cv-639 |

**EXHIBIT LIST TO NOTICE OF REMOVAL**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Complaint |
| B | Vail Waiver of Service of Summons, dated 10/26/23 |
| C | Terra-Nova, LLC and Zip Install, LLC Waiver of Service of Summons, dated 10/17/23 |
| D | Petzl America, Inc. Waiver of Service of Summons, dated 11/13/23 |
| E | JB Technologies LLC d/b/a Precisioneering Waiver of Service of Summons, dated 11/14/23 |
| F | VR US Holdings II, LLC Annual Report, filed 3/28/23 |
| G | VT SOS Certificate of Authority to VR US Holdings, Inc., dated 3/8/17 |
| H | Articles of Organization for Terra-Nova, LLC, dated 10/7/2010 |
| I | Articles of Organization for Zip Install, LLC, dated 11/29/2012 |
| J | JB Technologies, LLC Business Filing History |
| K | 8/23/23 Orr & Reno Letter Providing 30 Day Notice of Intent of Estate of Scott Lewis to file a lawsuit against Defendants |
| | State Court File, docket no. 23-cv-4013 |
| | Civil Cover Sheet |